IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| | CRIMINAL NO. 19-386 (PAD) |
| v. | CRIMINAL VIOLATIONS:<br>18 U.S.C. §§ 1510(b); 1001(a)(2) |
| | TWO COUNTS |
| JUAN CARLOS DIAZ-RODRIGUEZ,<br>Defendant. | |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### 18 U.S.C. § 1510(b)
### Obstruction of a Criminal Investigation

On or about September 20, 2018, in the District of Puerto Rico and within the jurisdiction of this Honorable Court, the defendant **JUAN CARLOS DIAZ-RODRIGUEZ**, an employee of a financial institution, Banco Popular de Puerto Rico, notified Individual A and others about the existence of and contents of a Federal grand jury subpoena for customer records of that financial institution that was served related to possible crimes involving a violation of 18 U.S.C. §§ 1956, 1957, with intent to obstruct a judicial proceeding, all in violation of 18 U.S.C. § 1510(b).

### COUNT TWO
### 18 U.S.C. § 1001(a)(2)
### False Statement

On or about June 5, 2019, in the District of Puerto Rico and within the jurisdiction of this Honorable Court, the defendant **JUAN CARLOS DIAZ-RODRIGUEZ** did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by telling Special Agents

of the Federal Bureau of Investigation (FBI) during a voluntary interview that he, **JUAN CARLOS DIAZ-RODRIGUEZ,** did not take a photograph of a Federal grand jury subpoena regarding bank records belonging to Individual B (hereinafter "Grand Jury Subpoena") and that he, **JUAN CARLOS DIAZ-RODRIGUEZ,** did not send a photograph of the Grand Jury Subpoena to anyone.

The statement and representation was false because defendant **JUAN CARLOS DIAZ-RODRIGUEZ** then and there knew that he, **JUAN CARLOS DIAZ-RODRIGUEZ,** did take a photograph of the Grand Jury Subpoena and that he, **JUAN CARLOS DIAZ-RODRIGUEZ,** did send a message to Individual A containing a photograph of the Grand Jury Subpoena.

In violation of 18 U.S.C. § 1001(a)(2).

**TRUE BILL**

_____
**FOREPERSON**

Date: 06/24/19

**ROSA EMILIA RODRÍGUEZ-VÉLEZ**
United States Attorney

_____
**José Capó Iriarte**
Assistant United States Attorney
Chief, Criminal Division

_____
**Myriam Y. Fernández Gonzalez**
Deputy Chief, Financial Fraud & Corruption

_____
**Marie Christine Amy**
Assistant United States Attorney