February 21, 2020

HON. PEDRO A. DELGADO
US DISTRICT JUDGE FOR THE DISTRICT OF PUERTO RICO
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
150 CARLOS CHARDON ST
SAN JUAN, PUERTO RICO 00918

Re: **JUAN CARLOS DIAZ RODRIGUEZ (19-386 (PAD))**

To whom it may concern,

My name is MAGDALIS RODRIGUEZ RUIZ, I have known **JUAN CARLOS DIAZ RODRIGUEZ** for my whole life. I saw him grow up and have known him to be a good person, son, brother, friend, cousin and humble men.

I know that he has plead guilty to a federal offense and I'm certain that he most certainly regrets the decisions that have led him to this point. When I heard about what had happened I was in complete disbelief because I have never perceived criminal intention in any of Juan Carlos acts.

Your Honor I am sending this letter to you to ask of you to have mercy on him.

Should the Court need any more information, please call or email me, my phone and address is stated below.

Signed: _[signature]_

Name: Magdalis Rodríguez Ruiz

Address: 462 CARR. 845

San Juan, P.R. 00926

Phone: 787-409-1731

Email: mrodriguez@tag-pr.net